AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
VANESSA L. ARMSTRONG, CLERK
AUG 05 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Yalexi Ruiz | ) | Case No. 3:16-mj-411 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 4, 2016  in the county of  Jefferson  in the
Western  District of  Kentucky , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Sec. 841(a)(1) | Possession of methamphetamine with the intent to distribute. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian D. Sanders, Special Agent, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: August 05, 2016

_____
Judge's signature

City and state:  Louisville, Kentucky       DAVE WHALIN, US Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Brian D. Sanders, having been duly sworn, depose and state:

1. I am a Special Agent with the U.S. Drug Enforcement Administration (DEA) assigned to the Louisville District Office. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516 (1). I have been a Special Agent of the Drug Enforcement Administration since January of 2005, during which time I have specialized in investigations involving narcotics trafficking. I have received specialized training on the subject of narcotics trafficking and money laundering and have been personally involved in investigations concerning the possession, distribution, and importation of controlled substances, as well as investigations concerning the methods utilized to finance transactions, launder and transport drug proceeds, and conceal assets purchased with illegal proceeds. This affidavit is based upon my personal knowledge, as well as information reported to me by other federal and local law enforcement officers and others with knowledge of the facts surrounding this case.
2. This affidavit is submitted in support of an application seeking a criminal complaint and arrest warrant for Yalexi RUIZ. Your Affiant alleges that the facts and circumstances outlined in this affidavit are indicative of probable cause to believe that RUIZ possessed with the intent to distribute methamphetamine in violation of Title 21, United States Code 841 (a) (1).

### Facts of the Case

3. On August 4, 2016, at approximately 14:30 hours, acting on information received from a reliable Confidential Source (CS), whose identity has been made known to the magistrate judge, members of the Drug Enforcement Administration (DEA) and

Louisville Metro Police Department (LMPD) initiated surveillance of Yalexi RUIZ. According to the CS, RUIZ is a multi-kilogram crystal methamphetamine trafficker operating in, but not limited to Louisville, KY. Information provided by the CS has proven reliable in the past as it has been corroborated by law enforcement agents and has led to the seizure of narcotics.

4. Surveillance of RUIZ was maintained throughout the day as RUIZ traveled to various locations, to include his place of business, which is believed to be a barber shop located off of Illinois Avenue in Louisville.

5. At approximately 20:20 hours, law enforcement officers observed RUIZ travel to 5405 Minyard Avenue, Louisville, KY, which is a residence known from previous narcotics investigations to be utilized to store large quantities of narcotics. Law enforcement officers conducting surveillance observed RUIZ arrive, and walk to the rear of the residence.

6. At approximately 20:43 hours, surveillance observed RUIZ depart 5405 Minyard Avenue, Louisville, KY. A short time later, members of the LMPD executed a traffic stop of the vehicle driven by RUIZ.

7. Upon questioning by members of the LMPD, RUIZ granted a consensual search of the vehicle. At that time, LMPD K-9 Det. Billy Keltner conducted a narcotics sweep of the vehicle. A short time later, K-9 "Jozie" indicated to the presence of narcotics in a large shelled corn bag in the cargo area of the pick-up truck. A search of the bag, revealed the presence of approximately four (4) kilograms of crystal methamphetamine.

8. A subsequent search of the vehicle revealed a large amount of US Currency which was found in the center console of RUIZ's vehicle, as well as a set of Master lock keys in RUIZ's front pocket.

9. At that time, RUIZ was advised of his rights and placed under arrest. RUIZ was then transported to the Floyd County Jail for criminal processing.

10. Subsequent to RUIZ's arrest, LMPD Det. Daniel Evans applied for and was granted a search warrant for the residence located 5405 Minyard Avenue, Louisville, KY.

11. During a search of the residence, members of the DEA seized approximately three (3) kilograms of crystal methamphetamine from a shed in the back yard of the residence.

This shed served as a rooster/chicken coup, which was locked with a Master pad lock. The methamphetamine was then discovered inside of a small black tool-box, which was also locked with a Master pad lock. Both the lock on the coup door, as well as the toolbox were accessed with the keys retrieved from RUIZ's front pocket at the time of his arrest.

12. The suspected narcotics seized from the vehicle RUIZ was driving and from the toolbox all field-tested positive for the presence of methamphetamine.
13. Based on the above information, it is believed that on August 4, 2016, Yalexi RUIZ possessed with the intent to distribute methamphetamine in violation of Title 21, United States Code 841 (a) (1).

Further your affiant sayeth naught.

Brian D. Sanders, Special Agent
U.S. Drug Enforcement Administration

Sworn to subscribed before me this 05th day of August, 2016

DAVE WHALIN
United States Magistrate Judge

3