UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
VANESSA L. ARMSTRONG, CLERK

AUG 05 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States of America v. Yalexi Ruiz

Case Number: 3:16-mj-411

OATH FOR INTERPRETER

I SOLEMNLY SWEAR THAT I WILL JUSTLY, TRULY, FAIRLY AND IMPARTIALLY ACT AS AN INTERPRETER IN THE CASE NOW BEFORE THE COURT. SO HELP ME GOD.

_Lorie Gutierrez_
Print Name

_Lorie S.G._
Sign Name

_Spanish_
Language

SUBSCRIBED AND SWORN TO BEFORE ME THIS 5th DAY OF August, 2016, AT LOUISVILLE, KENTUCKY.

_A. Henry_
DEPUTY CLERK