

## Case Assignment
## Standard Magistrate Assignment

Case number **3:16MJ-411**

Note: Judge determined by charging documentation.

Assigned on 8/5/2016 10:17:59 AM
Transaction ID: 4715

Return