USDC KYWD  - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                                      **PLAINTIFF**

**VS.**                                                          **CRIMINAL ACTION NUMBER: 3:16-MJ-411**

**YALEXI RUIZ**                                                                                                       **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on August 5, 2016 to conduct an initial appearance.

<u>APPEARANCES</u>
For the United States:         Robert B. Bonar, Assistant United States Attorney
For the defendant:             Defendant, Yalexi Ruiz - Present and in custody
Interpreter:                   Lorie Gutierrez, Spanish Interpreter
Court Reporter:                Digitally Recorded

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charge contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found the defendant to be indigent. The Court appointed the Office of the Federal Defender to represent the defendant.

The United States having moved for the detention of the defendant;

**IT IS HEREBY ORDERED** that this case is scheduled for a combined preliminary and detention hearing on <u>**Monday, August 8, 2016 at 2:300 p.m.**</u> before the Honorable Dave Whalin, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be **remanded** to the custody of the United States Marshal pending further order of the Court.

This 5th day of August, 2016         **ENTERED BY ORDER OF THE COURT:**
                                              **DAVE WHALIN**
                                              **UNITED STATES MAGISTRATE JUDGE**
                                              **VANESSA L. ARMSTRONG, CLERK**
                                              **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
         U.S. Probation
         Counsel for Defendant

0|15