

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

DOCKET NO. 3:16mj-411
UNITED STATES OF AMERICA,            PLAINTIFF,

VS.

YALEXI RUIZ,            DEFENDANT.

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING

I, Yalexi Ruiz, charged in this District and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1 Fed.R.Crim.P., including my right to have a preliminary (examination)(hearing), do hereby waive (give up) my right to a preliminary (examination)(hearing).

_____
Defendant

s/ Scott T. Wendelsdorf