UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
VANESSA L. ARMSTRONG, CLERK

AUG 08 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States of America v. Yalexi Ruiz

Case Number: 3:16-mj-411

OATH FOR INTERPRETER

I SOLEMNLY SWEAR THAT I WILL JUSTLY, TRULY, FAIRLY AND IMPARTIALLY ACT AS AN INTERPRETER IN THE CASE NOW BEFORE THE COURT. SO HELP ME GOD.

_____
Print Name

_____
Sign Name

_____
Language

SUBSCRIBED AND SWORN TO BEFORE ME THIS 8th DAY OF August, 2016, AT LOUISVILLE, KENTUCKY.

_____
DEPUTY CLERK