# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                       **PLAINTIFF**

**VS.**                                                      **CRIMINAL ACTION NUMBER: 3:16-MJ-411**

**YALEXI RUIZ**                                                                                         **DEFENDANT**

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on August 8, 2016 to conduct a combined preliminary and detention hearing.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Robert B. Bonar, Assistant United States Attorney |
| For the defendant: | Defendant, Yalexi Ruiz - Present and in custody<br>Scott T. Wendelsdorf on behalf of Donald J. Meier, Assistant Federal Defender - Present |
| Interpreter: | Jouhanna Vasquz - Spanish Interpreter |
| Court Reporter: | Digitally Recorded |

The defendant, through counsel, having waived his right to a preliminary hearing in open Court and having executed the appropriate form to that effect;

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **Thursday, August 25, 2016 at 9:30 a.m.** before the Honorable Dave Whalin, United States Magistrate Judge.

To allow the United States Probation Office time to complete the pretrial services report and by agreement of the parties,

**IT IS FURTHER ORDERED** that the detention hearing is **CONTINUED** to **Wednesday, August 10, 2016 at 2:30 p.m.** before the Honorable Dave Whalin, United States Magistrate Judge. The defendant is remanded to the custody of the United States Marshal pending further order of the Court.

This 8th day of August, 2016     **ENTERED BY ORDER OF THE COURT:**
                                 **DAVE WHALIN**
                                 **UNITED STATES MAGISTRATE JUDGE**
                                 **VANESSA L. ARMSTRONG, CLERK**
                                 **BY: /s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|20