USDC KYWD  - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

**VS.**                                                       **CRIMINAL ACTION NUMBER: 3:16-MJ-411**

**YALEXI RUIZ**                                                                           **DEFENDANT**

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge, and was called in open Court on August 10, 2016 to conduct a detention hearing.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Robert B. Bonar, Assistant United States Attorney |
| For the defendant: | Defendant, Yalexi Ruiz - Present and in custody |
| | Donald J. Meier, Assistant Federal Defender - Present |
| Spanish Interpreter: | Jouhanna Vasquez |
| Court Reporter: | Alan Wernecke |

The Court having heard arguments from counsel as to the matter of detention and for the reasons fully stated on the record;

**IT IS HEREBY ORDERED** that the defendant be **DETAINED** and remanded to the custody of the United States Marshal pursuant to the Order of Detention to be entered into the record.

This 10th day of August, 2016

**ENTERED BY ORDER OF THE COURT:**
**DAVE WHALIN**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY: s/** *Ashley Henry*
**Ashley Henry - Deputy Clerk**

Copies: U.S. Attorney
         U.S. Probation
         Counsel for Defendant

|20