FILED
VANESSA L. ARMSTRONG

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

AUG 17 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA  INDICTMENT

v.  NO. 3:16-cr-93-DJH
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
**YALEXI RUIZ**  21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1

On or about August 4, 2016, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **YALEXI RUIZ**, knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 21, United States Code, Section 841, as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **YALEXI RUIZ**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of said offense, and any and all of the

defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation alleged in this Indictment.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

*[signature]*

_____
JOHN E. KUHN JR.
UNITED STATES ATTORNEY

JEK: RBB

UNITED STATES OF AMERICA v. **YALEXI RUIZ**

## PENALTIES

Count 1:      NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs. Supervised Release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

    Misdemeanor: $ 25 per count/individual    Felony: $100 per count/individual
                      $125 per count/other                       $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

    1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        For offenses occurring after December 12, 1987:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.
        15% of fine balance if payment more than 90 days late.

        2.    Recordation of a **LIEN** shall have the same force and effect as a tax lien.

        3.    Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY  40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY  42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY  42301
               270/689-4400

               PADUCAH:
               Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY  42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

## THE UNITED STATES OF AMERICA

vs.

## YALEXI RUIZ

## INDICTMENT
**Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(A): Possession with the Intent to Distribute Methamphetamine.**

*A tru*

_____ *man*

*Filed*

_____ *Clerk*

*Bail, $*

**FILED**
VANESSA L. ARMSTRONG

AUG 17 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY