

# Case Assignment
## Standard Criminal Assignment

Case number **3:16CR-93-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 8/17/2016 3:14:25 PM
Transaction ID: 4802

Return