**FILED**
VANESSA L. ARMSTRONG
AUG 17 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA . . . . . . . . . . . . . . . . . . PLAINTIFF

vs.	3:16-CR-93-DJH

YALEXI RUIZ . . . . . . . . . . . . . . . . . . DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney, Robert B. Bonar hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

_____
Robert B. Bonar
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
FAX: (502) 582-5067
Email: Robert.Bonar@usdoj.gov