UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:16CR-93-DJH
UNITED STATES OF AMERICA,                                                    PLAINTIFF,

vs.

YALEXI RUIZ,                                                                              DEFENDANT.

## NOTICE OF TERMINATION

Comes the Assistant Federal Defender for the Western District of Kentucky and gives notice to the Court that Assistant Federal Defender Donald J. Meier shall be terminated as appointed counsel in the above-styled action.

Assistant Federal Defender Donald J. Meier should be removed from PACER as counsel of record, and the Clerk is hereby requested to terminate any further electronic notices to said attorney regarding this action.

/s/ Donald J. Meier
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## CERTIFICATE

    I hereby certify that on August 26, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Rob Bonar, Assistant United States Attorney.

                                    /s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808