UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-93-DJH

YALEXI RUIZ,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

The Court conducted a telephonic status conference in this matter on September 20, 2016, with the following counsel participating:

    For the United States:     Robert B. Bonar

    For Defendant Ruiz:     Patrick J. Renn

The Court and counsel discussed the procedural posture of the case. Counsel for Defendant indicated that he would file a motion to continue the trial and the United States had no objection to the proposed continuance.

September 20, 2016

*David J. Hale, Judge*
*United States District Court*

Court Time: 00/10
Court Reporter: Dena Legg

1