## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**v.**                                          **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                            **DEFENDANT**

### MOTION TO CONTINUE JURY TRIAL

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Defendant, **YALEXI RUIZ** (hereinafter "Ruiz"), by counsel, and respectfully moves the Court to continue his jury trial presently set to begin Tuesday, October 25, 2016 at 9:30 a.m. As grounds for this motion, Ruiz states as follows:

Discovery is not complete and is ongoing. Once discovery is complete, pretrial motions may be necessary. Further, once discovery is complete the parties can continue negotiations toward a resolution of the case.

Ruiz's undersigned counsel has discussed the filing of the motion with Assistant United States Attorney, Robert B. Bonar, and Mr. Bonar agrees that a continuance would be beneficial to the Government and to Ruiz.

The filing of this motion is not for the purpose of unfair delay or surprise and neither the United States, the public, nor Ruiz will be prejudiced by the Court granting this motion.

Any delay caused by the filing of this motion should be excluded under the Speedy Trail Act, 18 U.S.C. §3161 et seq.

                                                   Respectfully Submitted,

                                                   /s/ Patrick J. Renn
                                                   Counsel for Defendant
                                                   600 West Main Street, Suite 100
                                                   Louisville, Kentucky 40202
                                                   (502) 540-5700
                                                   (502) 568-3600 (fax)
                                                   prenn@600westmain.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com