**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                    **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                        **DEFENDANT**

**ORDER**
**\*\*\* \*\*\* \*\*\* \*\*\* \*\*\***

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the jury trial in the above-styled case presently set to begin Tuesday, October 25, 2016 at 9:30 a.m. be, and hereby is, continued to the _____ day of _____, 201\_\_\_ at _____ a.m./p.m.