UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ     DEFENDANT

## MOTION TO PRESERVE AND TIMELY PRODUCE
## AGENTS' ROUGH NOTES

Comes the Defendant, **YALEXI RUIZ**, by counsel, and respectfully moves the Court for an order compelling the Government to preserve and produce to the Defendant any rough notes taken by any of its agents, attorneys, or any other officer, state or federal, of any interviews with persons who are or may be witnesses at trial or part of the investigation of this case.

In addition, the defendant requests the Court to order the Government to provide him the opportunity to inspect and/or copy any Dispatch Tapes from the Jefferson County Police Department, the Louisville Division of Police and/or the Kentucky State Police.

A memorandum of law in support of this motion is attached.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com