UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                                                            CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                                                                DEFENDANT

MEMORANDUM IN SUPPORT OF MOTION TO PRESERVE AND
TIMELY PRODUCE AGENTS' ROUGH NOTES

The Government has an obligation to preserve all potentially discoverable evidence gathered in the course of a criminal investigation. See *Brady v. Maryland*, 373 U.S. 83 (1963). This obligation includes the preservation of interviews by government agents with persons who are, or may be, witnesses. *United States v. Johnson*, 521 F.2d 1318 (9th Cir. 1975). The obligation to preserve and produce discoverable evidence includes a government agent's notes which he makes or adopts where the agent is a witness. Id. at 1329. In addition, notes which incorporate statements or interviews of a defendant must be preserved and furnished to the defendant upon request. *United States v. Jefferson*, 445 F.2d 247 (D.C. Cir. 1971); *United States v. Layton*, 564 F.Supp. 1391 (D.C. Ore. 1983). Finally, it is the duty of the Government to preserve potentially discoverable evidence and it is a traditional function of the court to determine the necessity of production.

**WHEREFORE**, in light of the foregoing authority, the Defendant respectfully requests this Court to enter an order requiring the Government to preserve and timely produce its agents' rough notes.

        Respectfully Submitted,

        /s/ Patrick J. Renn
        Counsel for Defendant
        600 West Main Street, Suite 100
        Louisville, Kentucky 40202
        (502) 540-5700
        (502) 568-3600 (fax)
        prenn@600westmain.com