UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**v.**                              **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                               **DEFENDANT**

## **ORDER**

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Government preserve its agents' rough notes and to produce those notes for inspection by the Defendant no later than the _____ day of _____, 201__.

**IT IS FURTHER ORDERED** that the Government preserve and produce for inspection any Dispatch Tapes from the Jefferson County Police Department, the Louisville Division of Police and/or the Kentucky State Police.