UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                                        **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                                 **DEFENDANT**

## MOTION TO PRESERVE EVIDENCE FOR DEFENSE TESTING

Comes the Defendant, **YALEXI RUIZ**, by counsel, pursuant to the Fourteenth Amendment of the United States Constitution, and respectfully moves the Court to order the Government to preserve any and all evidence collected or seized as a result of the investigation of this case so that the evidence can be examined and tested independently by the defense. Further, if any such evidence has already been destroyed or exhausted during testing procedures, then the Defendant requests the Court to require the Government to state precisely what piece of evidence was destroyed or exhausted during testing and the date that said destruction or exhaustion occurred and the reason therefore. As grounds for this motion, the Defendant states that basic principles of due process require that an accused be afforded the opportunity to examine and independently test the evidence which may potentially be used against him.

**WHEREFORE**, the Defendant respectfully moves the Court to require the Government, and its agents to preserve any and all evidence seized or collected in connection with the investigation of this case and to precisely list any such evidence that may have been

destroyed or exhausted during testing, along with the date of said destruction or exhaustion and the reason therefore.

                                          Respectfully Submitted,

                                          /s/ Patrick J. Renn
                                          Counsel for Defendant
                                            600 West Main Street, Suite 100
                                            Louisville, Kentucky 40202
                                            (502) 540-5700
                                            (502) 568-3600 (fax)
                                            prenn@600westmain.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 30th, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

                                          /s/ Patrick J. Renn
                                          Counsel for Defendant
                                          600 West Main Street, Suite 100
                                          Louisville, Kentucky 40202
                                          (502) 540-5700
                                          (502) 568-3600
                                          prenn@600westmain.com