**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                                               **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                         **DEFENDANT**

## **ORDER**

Upon motion of the Defendant, **YALEXI RUIZ**, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Government, and its agents, preserve any and all evidence seized or collected in connection with the investigation of this case.

**IT IS HEREBY FURTHER ORDERED** that the Government, and its agents, precisely list any such evidence that may have been destroyed or exhausted during testing, along with the date of said destruction or exhaustion and the reason therefore.