**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                                        **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                        **DEFENDANT**

## MOTION FOR EXCULPATORY MATERIAL

Comes the Defendant, **YALEXI RUIZ**, by counsel, and respectfully moves this Court for an Order compelling the Government to disclose, as soon as possible, any and all evidence in its possession favorable or exculpatory to him. This request is made pursuant to the principles of *Brady v. Maryland*, 373 U.S. 83 (1963), the Due Process Clause of the Fifth and Fourteenth Amendments and the Effective Assistance of Counsel Guarantee of the Sixth Amendment to the United States Constitution.

A memorandum of law in support of this motion is attached.

                                                            Respectfully Submitted,

                                                            /s/ Patrick J. Renn
                                                            Counsel for Defendant
                                                            600 West Main Street, Suite 100
                                                            Louisville, Kentucky 40202
                                                            (502) 540-5700
                                                            (502) 568-3600 (fax)
                                                            prenn@600westmain.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 30th, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com