# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                                   **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                                                     **DEFENDANT**

## ORDER

Upon motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Government disclose to the defendant the requested exculpatory evidence material by no later than the _____ day of _____, 201\_\_\_.