**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                                       **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                             **DEFENDANT**

## MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

Comes the Defendant, **YALEXI RUIZ**, by counsel, and respectfully moves the Court to grant him leave to file additional motions should they become necessary at a later date and time.

The Defendant respectfully requests the Court to grant him ten (10) days from the time that the Government complies with his request for discovery within which to file additional motions.

As grounds for this motion the Defendant states that until he has received the items he requested in his discovery motion it will be impossible to know what additional motions may be required to be filed.

This is a procedural motion and "routine" and therefore no memorandum in support of this motion is filed herewith.

                                                       Respectfully Submitted,

                                                       /s/ Patrick J. Renn
                                                       Counsel for Defendant
                                                       600 West Main Street, Suite 100
                                                       Louisville, Kentucky 40202
                                                       (502) 540-5700
                                                       (502) 568-3600 (fax)
                                                       prenn@600westmain.com

## CERTIFICATE OF SERVICE

       I hereby certify that on September 30, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

       /s/ Patrick J. Renn
       Counsel for Defendant
       600 West Main Street, Suite 100
       Louisville, Kentucky 40202
       (502) 540-5700
       (502) 568-3600
       prenn@600westmain.com