UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                          CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                      DEFENDANT

## MOTION FOR DISCLOSURE OF IMPEACHING INFORMATION

Comes the Defendant, **YALEXI RUIZ**, by counsel, and respectfully moves this Court, pursuant to the principles of *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1982) for an order directing the Government to make disclosure of certain impeaching information with respect to each and every witness to be called on behalf of the Government.

A memorandum of law in support of this motion is attached.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30th, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

      /s/ Patrick J. Renn
      Counsel for Defendant
      600 West Main Street, Suite 100
      Louisville, Kentucky 40202
      (502) 540-5700
      (502) 568-3600
      Prenn@600westmain.com