**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**v.**                                **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                                   **DEFENDANT**

**ORDER**

      Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

      **IT IS HEREBY ORDERED** that the Court provide to the defendant the requested Impeaching Information by no later than the _____ day of _____, 201__.