UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                                                  CRIMINAL ACTION NO. 3:16-CR-93-DJH

**YALEXI RUIZ**                                                                                        **DEFENDANT**

### MOTION FOR ORDER REQUIRING THE GOVERNMENT TO GIVE NOTICE OF ITS INTENTION TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR BAD ACTS

Comes the Defendant, **YALEXI RUIZ**, by counsel, and respectfully moves this Court for an order compelling the Government to give notice of its intention to use at trial or any other proceedings, in its case in chief, during cross-examination of the Defendant, or in its rebuttal case, any of the following materials:

1. Evidence of "other crimes, wrongs or acts" of the Defendant. With respect to this notice, the Government should be required to identify, describe and produce:

   (a) The dates, times, places and persons involved in said other crimes, wrongs, or acts;

   (b) The statements of each participant in said other crimes, wrongs, or acts;

   (c) The documents, including but not limited to, any notes, memorandum, report, telephone records, correspondence, interviews or statements which contain or evidence of other crimes, wrongs, or acts.

The requested information is necessary in order for the Defendant to adequately prepare for his defense.

A memorandum of law in support of this motion is attached.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30th, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com