## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                                           **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                 **DEFENDANT**

### **ORDER**

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Government give notice of its intention to use evidence of the Defendant's other crimes, wrongs, or bad acts, as well as the circumstances surrounding such evidence, no later than the _____ day of _____, 201\_\_\_.