## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

**v.**                                                        **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                                                                       **DEFENDANT**

### MOTION FOR DISCLOSURE OF INFORMANTS

Comes the Defendant, **YALEXI RUIZ**, by counsel, and respectfully moves the Court to enter an order requiring pretrial disclosure of the identity of any informant who was a participant in or witness to any alleged criminal activity charged in the information on ground that said informant's identity is essential to a fair determination of this case and is highly relevant and helpful to the defense.

A memorandum of law in support of the motion is attached.

                                       Respectfully Submitted,

                                       /s/ Patrick J. Renn
                                       Counsel for Defendant
                                       600 West Main Street, Suite 100
                                       Louisville, Kentucky 40202
                                       (502) 540-5700
                                       (502) 568-3600 (fax)
                                       prenn@600westmain.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30th, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

      /s/ Patrick J. Renn
      Counsel for Defendant
      600 West Main Street, Suite 100
      Louisville, Kentucky 40202
      (502) 540-5700
      (502) 568-3600
      prenn@600westmain.com