# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                      **PLAINTIFF**


**v.**                                                          **CRIMINAL ACTION NO. 3:16-CR-93-DJH**


**YALEXI RUIZ**                                                                                    **DEFENDANT**


## MEMORANDUM OF LAW IN SUPPORT OF MOTIONS
## FOR DISCLOSURE OF PARTICIPANT INFORMANTS


The United States Supreme Court has held that disclosure of an informant's identity or

the contents of his communication to authorities is required where such disclosure is relevant and

helpful to the defense of an accused, or is essential to a fair determination of a cause.  *Roviaro v.*

*United States*, 353 U.S. 53, 60-61 (1957).  In *Roviaro*, the Supreme Court stated, in part, as

follows:

> The government's privilege to withhold disclosure of an
> informant's identity must give may, where the disclosure of his
> identity, or the contents of his communication, is relevant and
> helpful to the defense of an accused, or is essential to a fair
> determination of a cause.  In these situations the trial court may
> require disclosure and, if the government withholds the
> information, dismiss the action. *Id.*

Likewise, a defendant is entitled to the informant's identity if the informant witnessed the

alleged criminal activity or participated in the alleged criminal transaction.  Id. at 61-62; *United*

*States v. Ordonez*, 737 F2d 793, 808 (9th Cir 1984).

Accordingly, because disclosure of any informant who was an eyewitness to, or a

participant in the alleged criminal activity charged in the indictment is required, this court should

grant the defendant's request, or in the alternative, should conduct an Evidentiary Hearing to

determine the role of any informant.

Respectfully Submitted,


/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com