**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CRIMINAL ACTION NO. 3:16-CR-93-DJH** |
| **YALEXI RUIZ** | **DEFENDANT** |

**ORDER**

Upon motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Government shall disclose to the defendant the identity of any informant who was an eyewitness to or participant in the alleged criminal activity charged in the information no later than the _____ day of _____, 201___.