# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**v.**                                        **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                        **DEFENDANT**

## MOTION FOR REVIEW OF DETENTION ORDER

*** *** *** *** *** *** ***

Comes the Defendant, **YALEXI RUIZ** (hereinafter "Ruiz"), by counsel, pursuant to the Fifth, Sixth, and Eighth Amendments to the United States Constitution, as well as Title 18 United States Code, Section 3145(b), and respectfully moves the Court to review and revoke the Magistrate Judge's Order detaining Ruiz prior to his trial.  As grounds for this motion, Ruiz states as follows:

On August 5, 2016, the Government filed a Criminal Complaint against Ruiz accusing him of possession of methamphetamine with the intent to distribute.  On August 17, 2016 a one count Indictment was filed against Ruiz accusing him of possession with intent to distribute 50 grams or more of methamphetamine in violation of 18 U.S.C. §841(a)(1) and §841(b)(1)(A).

On August 12, 2016, Ruiz appeared before the Magistrate Judge on the Criminal Complaint filed against him.  The Government moved for Ruiz to be detained prior to his trial.  Ruiz waived a preliminary hearing, but contested the Government's request that he be detained.  Following arguments by the attorneys for the Government and Ruiz, the Magistrate Judge ordered Ruiz be detained.  The Magistrate Judge concluded Ruiz was a risk of flight "due to his minimal ties to the community and recent ties to Cuba."  Further, the Magistrate Judge concluded Ruiz was a danger to the community due to "[t]he amount of methamphetamine" which raised "reasonable inferences

that [Ruiz] is a major player in an organization that has the resources to aid [Ruiz] in flight to avoid prosecution." Thus, the Magistrate Judge concluded there were "no conditions or combinations of conditions that would reasonably assure [Ruiz's] appearance at future court proceedings and that he would not be a danger to the community if released." Ruiz strongly disputes the "conclusions" and "inferences" of the Magistrate Judge. Ruiz requests this Court to grant him an evidentiary hearing so that he can present evidence to demonstrate the errors reached by the Magistrate Judge, and to present evidence to demonstrate that he is not a risk of flight or danger to the community.

Accordingly, for the foregoing reasons, Ruiz respectfully moves the Court to review and revoke the Magistrate Judge's Detention Order filed on August 12, 2016, and to grant Ruiz an evidentiary hearing to demonstrate that he is not a risk of flight or danger to the community.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

                          /s/ Patrick J. Renn
                          Counsel for Defendant
                          600 West Main Street, Suite 100
                          Louisville, Kentucky 40202
                          (502) 540-5700
                          (502) 568-3600
                          prenn@600westmain.com