## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**                                                     **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                                            **DEFENDANT**

## ORDER
*** *** *** *** ***

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's Motion for Review of Detention Order be, and hereby is, **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that an Evidentiary Hearing be set in this matter for the _____ day of _____, 201__ at _____ a.m./p.m.