UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                                                CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                                                     DEFENDANT

**RESPONSE TO MOTION FOR NOTICE OF
INTENTION TO USE EVIDENCE OF OTHER
CRIMES, WRONGS OR BAD ACTS**

**ELECTRONICALLY FILED**

The defendant moves the Court to order the United States to disclose Fed. R. Evid. 404(b) evidence to him (DN 30). But the Court has already ordered the United States to do so. This Court should thus deny the motion as moot.

Rule 404(b) allows evidence of other acts to prove relevant facts other than the defendant's character. The United States is required to provide "reasonable notice in advance of trial . . . of the general nature of any such evidence it intends to introduce at trial." Fed. R. Evid. 404(b). While the Rule does not specify how or exactly when such disclosure is required, this court has already ordered that notice be provided within fourteen days of trial. Fourteen days is more than adequate to "reduce surprise and promote early resolution on the issue of admissibility," which is the intended purpose of the Rule. United States v. Barnes, 49 F.3d 1144, 1147. The United States will include appropriate 404(b) notice fourteen days prior to trial.

The defendant also requests that the United States identify witnesses it intends to rely on to prove Rule 404(b) evidence. The rule does not require a witness list of those persons the

United States intends to call at trial.  <u>Barnes</u>, 49 F.3d at 1148.  (holding that Rule 404(b) did not required the United States to comply with the defense's general request for a list of witnesses the United States intended to call at trial).

    For these reasons, the defendant's motion seeking disclosure of 404(b) material should be denied as it is moot.

    Respectfully submitted,

    JOHN E. KUHN, JR.
    United States Attorney

    s/Robert B. Bonar
    Assistant U.S. Attorney
    717 West Broadway
    Louisville, Kentucky  40202
    Email:  robert.bonar@usdoj.gov
    FAX: (502) 625-7062

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Patrick J. Renn, counsel for Yalexi Ruiz.

    s/Robert B. Bonar
    Assistant U.S. Attorney