UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                              CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                                           DEFENDANT

## RESPONSE TO MOTION TO FILE ADDITIONAL MOTIONS
## ELECTRONICALLY FILED

In response to Yalexi Ruiz's Motion to File Additional Motions (DN 28), the United States of America states no objection.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

 s/Robert B. Bonar
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
Email:  robert.bonar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Patrick J. Renn, counsel for Yalexi Ruiz.

s/Robert B. Bonar
Assistant U.S. Attorney