UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                        CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                                          DEFENDANT

## **ORDER**

## **ELECTRONICALLY FILED**

Defendant Yalexi Ruiz having moved this Court allow him to file additional motions the United States having no objection, and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that motion is GRANTED.