UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                                          CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                                                DEFENDANT

## ORDER

### ELECTRONICALLY FILED

Defendant Yalexi Ruiz having moved this Court to order the United States to produce exculpatory information (DN 27) and impeachment information (DN 29), the United States having objected thereto, and the court being otherwise sufficiently advised,

ITS IS HEREBY ORDERED that both motions are hereby DENIED.