UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                                         CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                                                DEFENDANT

## RESPONSE TO MOTION TO PRESERVE EVIDENCE FOR TESTING
### ELECTRONICALLY FILED

In response to Yalexi Ruiz's Motion to Preserve Evidence for Testing (DN 26), the United States of America states no objection pursuant to Fed. R. Crim. P. 16(a)(1)(c). But, proper measures must be taken to ensure the chain of custody of all items tested and the qualifications of any persons testing the seized controlled substance. The United States also requests the presence of an agent of the Drug Enforcement Administaration (DEA) while the testing and/or inspection occurs.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

 s/Robert B. Bonar
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
Email:  robert.bonar@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Patrick J. Renn, counsel for Yalexi Ruiz.

                                                  s/Robert B. Bonar
                                                  Assistant U.S. Attorney