UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ     DEFENDANT

## ORDER

### ELECTRONICALLY FILED

Defendant Yalexi Ruiz having moved this Court to order the United States to preserve any and all evidence seized or collected in connection with this case, the United States having no objection to the entry of the tendered Order, and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the evidence including narcotics alleged to have been possessed by the defendant shall be made available for inspection and weighing by the defendant's expert. The expert shall be permitted to remove the drugs from their packaging and storage material and to weigh the drugs. The inspection and weighing shall take place at a time and place mutually agreeable to the parties, in the presence of an agent of the Drug Enforcement Adminstration.

The defendant will stipulate to an unbroken chain of custody during the period and process of his expert's inspection of the drug evidence.