UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                              CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                   DEFENDANT

**RESPONSE TO MOTION TO PRESERVE AND
TIMELY PRODUCE AGENTS' ROUGH NOTES
<u>ELECTRONICALLY FILED</u>**

      The United States of America objects to Yalexi Ruiz's motion to preserve and produce agents' rough notes (DN 25). Based on inquiry with agents of the Drug Enforcement Administration (DEA), it appears that no such notes were prepared in this case. However, even if they were prepared, the United States is under no obligation to preserve notes, memoranda, and reports made by government agents in the course of an investigation.

      Destruction of notes, memoranda, and reports of government agents is constitutionally permissible. For example, notes made by F.B.I agents while interviewing witnesses "did not constitute an impermissible destruction of evidence nor deprive petitioner of any rights" if destroyed "in good faith and in accord with their normal practices." <u>Killian v. United States</u>, 368 U.S. 231, 242 (1961).

      Nor does destruction of notes relating to witness testimony violate the Jencks Act, which requires the United States to disclose documents relating to the subject-matter of witness testimony. 18 U.S.C. § 3500; <u>United States v. Frederick</u>, 583 F.2d 273, 274 (6th Cir. 1978). Furthermore, a witness may still testify at trial even if documents relating to the testimony have been destroyed. <u>Frederick</u>, 583 F.2d at 274; <u>see also</u> <u>United States v. McCallie</u>, 554 F.2d 770,

773 (6th Cir. 1977) ("This Circuit has held that routine destruction of interview notes after preparation of a full 302 Report did not violate either the Jencks Act or case law such as <u>Brady v. Maryland</u>, 373 U.S. 83. . . (1963)").

    The Court should deny the defendant's motion.

                  Respectfully submitted,

                    JOHN E. KUHN, JR.
                    United States Attorney

                    s/Robert B. Bonar
                    Assistant U.S. Attorney
                    717 West Broadway
                    Louisville, Kentucky  40202
                    Email:  robert.bonar@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Patrick J. Renn, counsel for Yalexi Ruiz.