UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                        PLAINTIFF

v.                                                                                       CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                                                                         DEFENDANT

### ORDER

### ELECTRONICALLY FILED

Defendant Yalexi Ruiz having moved this Court to order the United States to preserve and timely produce agent's rough notes, the United States having objected thereto, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion be DENIED.