UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                                          CRIMINAL ACTION NO. 3:16-CR-93-DJH

**YALEXI RUIZ**                                                                                      **DEFENDANT**

### MOTION AND MEMORANDUM IN LIMINE

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Defendant, **YALEXI RUIZ** (hereinafter "Ruiz"), by counsel, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, and respectfully moves the Court, in limine, to preclude the Government and its agents from introducing evidence that he refused to sign the "SSEE" which referenced the seizure of an undetermined amount of United States currency. As grounds for this motion, Ruiz states as follows:

On August 4, 2016 law enforcement officers, including officers with the Louisville Metro Police Department (LMPD) and Louisville District Office of the Drug Enforcement Administration (DEA), began an investigation of Ruiz that resulted in an unlawful traffic stop and arrest.

During the traffic stop, Ruiz and his vehicle were unlawfully detained and searched. Law enforcement officers seized four kilograms of suspected methamphetamine, and an undisclosed amount of United States currency. Ruiz refused to sign a "SSEE" form regarding the currency.

Ruiz, had a constitutional right not to incriminate himself. Signing the form presented to him regarding the U.S. currency could be used as a possible admission as to knowledge of the currency. Since Ruiz properly exercised his constitutional right to remain silent, neither the Government, nor its agents, should be able to use this fact against him.

Accordingly, for the foregoing reasons, Ruiz respectfully moves the Court to preclude the Government and its agents from advising the jury that he refused to sign the SSEE form.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com