UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**v.**     **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**     **DEFENDANT**

**ORDER**
\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Government and its agents are precluded from advising the jury that the Defendant refused to sign the SSEE form.