# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**v.**                                            **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                    **DEFENDANT**

## ORDER
*** *** *** *** ***

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the all evidence seized during the search of 5405 Minyard Drive, Louisville, Jefferson County, Kentucky, as well as all evidence obtained directly or indirectly be, and hereby is **SUPPRESSED**.