**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**v.**                                                  **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                                **DEFENDANT**

**MOTION AND MEMORANDUM TO SUPPRESS**
**EVIDENCE AND STATEMENTS**

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Defendant, **YALEXI RUIZ** (hereinafter "Ruiz"), by counsel, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, and respectfully moves the Court to suppress all evidence obtained directly or indirectly as a result of an unlawful stop, search and seizure of Ruiz's vehicle and person. In support of this motion, Ruiz states as follows:

On August 4, 2016 law enforcement officers, including officers with the Louisville Metro Police Department (LMPD) and Louisville District Office of the Drug Enforcement Administration (DEA), among others, began an investigation of Ruiz that resulted in an unlawful traffic stop and arrest. The investigation began based on information provided to law enforcement officers by a confidential informant who had been arrested for possession of narcotics. Based on the statements from the confidential informant, law enforcement officers began to make recorded conversations with an individual alleged to be Ruiz, and conducted surveillance on Ruiz.

At approximately 8:40 p.m., on August 4, 2016 law enforcement officers observed a "silver dually" pick up truck depart 5405 Minyard Drive, Louisville, Kentucky. Shortly thereafter, a marked LMPD cruiser pulled the silver dually over for a traffic stop. No lawful basis for the traffic stop was

provided or existed. The traffic stop was conducted based on a request by the DEA. During the traffic stop, Ruiz was unlawfully detained, arrested and searched, and the DEA requested a LMPD canine unit to search the vehicle. The DEA claims a "positive" alert was made on the vehicle. Based on the canine alert, a search of the vehicle was conducted. During the search of the vehicle, law enforcement officers seized four kilograms of suspected methamphetamine, and an undisclosed amount of United States currency.

Following Ruiz's unlawful arrest, he was transported to the DEA headquarters, rather than to a detention facility and/or presented to a state or federal court judge. While at the DEA headquarters, he was subjected to unlawful interrogations. Ruiz did not consent to the interrogations and was he not provided with adequate *Miranda* warnings.

Based on the foregoing, Ruiz respectfully moves the Court to suppress all evidence seized during the unlawful stop, search and seizure of his vehicle, and his person. Ruiz further moves the Court to suppress all statements made during his unlawful detention and interrogations.

For the foregoing reasons, Ruiz respectfully moves the Court to suppress all evidence, including statements, obtained, directly or indirectly, as a result of his unlawful stop, search and seizure.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 19, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

          /s/ Patrick J. Renn
          Counsel for Defendant
          600 West Main Street, Suite 100
          Louisville, Kentucky 40202
          (502) 540-5700
          (502) 568-3600
          prenn@600westmain.com