**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                                   **PLAINTIFF**

**v.**                                                                       **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                                                                **DEFENDANT**

**ORDER**
*** *** *** *** ***

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the all evidence obtained, directly or indirectly, as a result of the Defendant's unlawful stop, search and seizure be, and hereby is, **SUPPRESSED**.