UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-93-DJH

YALEXI RUIZ,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

The Court conducted a telephonic status conference in this matter on October 26, 2016, with the following counsel participating:

    For the United States:     Robert B. Bonar

    For Defendant Ruiz:     Patrick J. Renn

The Court and counsel discussed the procedural posture of the case. Counsel jointly requested a stay of all dates and deadlines currently pending. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     All dates and deadlines set in this matter are **STAYED**.

(2)     A telephonic status conference will be held on **November 9, 2016, at 1:30p.m.**

October 26, 2016

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg

1