UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                     CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                         DEFENDANT

**RESPONSE TO MOTION TO SUPPRESS EVIDENCE AND STATEMENTS**
**ELECTRONICALLY FILED**

      Yalexi Ruiz has moved the court to "suppress all evidence obtained directly or indirectly" after law enforcement officers stopped and searched the vehicle he was driving on August 4, 2016. (DN 41, Motion to Suppress, 1). Ruiz claims that Louisville Metro Police (LMPD) officers and Drug Enforcement Administration (DEA) agents did not have a legal basis to stop and search the vehicle. (*Id*.). Ruiz further argues that Ruiz's statements to federal agents the following day should be suppressed because he was not sufficiently advised of his *Miranda* rights. (*Id*. at 2). The United States objects to the motion because agents and officers properly stopped the vehicle, and the ensuing search was based on sufficient probable cause. Further, agents did advise Ruiz of his *Miranda* rights and Ruiz knowingly and voluntarily waived his rights before interrogation.

      But as Ruiz's motion raises factual questions, an evidentiary hearing is necessary. At the hearing, the United States is prepared to present testimony from the law enforcement officers involved. It is anticipated the testimony will show that on August 4, 2016, officers were conducting surveillance of Ruiz because a confidential informant was meeting with him to pay back an outstanding drug debt of $43,000. Agents had provided the informant with official funds to pay the debt in a controlled transaction. Law enforcement personnel observed Ruiz

meet with the informant in a silver Ford "dually' pickup truck and then maintained surveillance of Ruiz as he travelled to separate locations that were known to be associated with narcotics trafficking.  After departing 5405 Minyard Drive, a marked police unit stopped the pickup and a trained police K-9 alerted to the presence of narcotics.  Police then searched the truck and found four kilograms of methamphetamine and a portion of the official funds provided by the informant to Ruiz earlier in the day.

Police arrested Ruiz and transported him to a detention facility.  The following day, agents brought Ruiz to the DEA's Louisville District Office for processing.  Agents provided Ruiz with his Miranda rights in Spanish through a police interpreter.  Although he did not sign the form provided to him, Ruiz acknowledged his rights and provided a statement to the agents.

The United States respectfully requests an evidentiary hearing on these questions and reserves the right to respond further following the hearing.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

 s/Robert B. Bonar
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
(502) 582-5911
Email:  robert.bonar@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Patrick J. Renn, counsel for Yalexi Ruiz.

s/Robert B. Bonar
Assistant U.S. Attorney