UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                               Plaintiff,

v.                                                                          Criminal Action No. 3:16-cr-93-DJH

YALEXI RUIZ,                                                                                           Defendant.

\* \* \* \* \*

## **MEMORANDUM OF CONFERENCE AND ORDER**

The Court conducted a telephonic status conference in this matter on November 10, 2016, with the following counsel participating:

        For the United States:        Robert B. Bonar

        For Defendant Ruiz:        Patrick J. Renn

The Court and counsel discussed the procedural posture of the case and the status of discovery. Counsel jointly indicated that an unopposed motion to continue the case would be filed. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the United States shall **SUBMIT** responses to Defendant's pending motions (Docket No. 32; D.N. 39; D.N. 40) by **November 18, 2016.**

Court Time: 00/15
Court Reporter: Dena Legg