UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                    CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                 DEFENDANT

## UNOPPOSED MOTION TO CONTINUE TRIAL

### ELECTRONICALLY FILED

Comes the United States of America, by counsel, and moves the Court to continue the trial currently scheduled for November 16, 2016 in Louisville, Kentucky. As grounds for the motion, the defendant has filed multiple motions that require resolution by the Court.

The undersigned United States attorney has spoken with counsel for defendant, and he has no objection to move the trial. The parties further agree that such time should be excluded from the Speedy Trial Act.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

 s/Robert B. Bonar
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
Email: robert.bonar@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on November 18, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Patrick J. Renn, counsel for Yalexi Ruiz.

              s/Robert B. Bonar
              Assistant U.S. Attorney