UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                     PLAINTIFF

v.                                                                           CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                                                                       DEFENDANT

## ORDER

The United States having moved to continue the trial scheduled for November 16, 2016, the defendant having no objection, and the Court further being sufficiently advised,

**IT IS HEREBY ORDERED** that the motion of the United States is **GRANTED**. The trial is hereby rescheduled for the _____ day of _____, 20__.

**IT IS FURTHER ORDERED AND ADJUDGED** that in the interest of justice, and pursuant to 18 USC §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the period of delay is excluded from the time allowed for a speedy trial.

cc:     United States Attorney (RBB)
        Counsel of Record