| AOC-79-340<br><br>Commonwealth of Kentucky<br>Court of Justice<br><br>Ky. Const. 10; RCr 13.10 | <br><br>SEARCH WARRANT | Case No. _____<br><br>Court: _____<br><br>County: __JEFFERSON__ |
|---|---|---|

TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:

Proof by affidavit having this day been made before me by __Det. Daniel Evans__ ,

a peace officer of _____ Louisville Metro Police Department,
that there is probable and reasonable cause for the issuance of this Search Warrant as set out in the affidavit attached hereto and made a part hereof as if fully set forth herein; you are commanded to make immediate search of the premises known and numbered as

# 5405 Minyard Drive
# Louisville, Jefferson County, Kentucky 40219



AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

a single family dwelling constructed of red brick and white trim, which is situated on the east side of Minyard drive south of Clay Avenue , Louisville, KY. The residence also has an attached garage that was constructed into an apartment and only has access through a rear door. The numbers "5405" are above the front door in black in horizontal fashion and are clearly visible on the front of the residence. The residence also has two unattached out buildings and a chicken coop inside the curtilage.

AND/OR IN A VEHICLE OR VEHICLES DESCRIBED AS:

AND/OR ON THE PERSON OR PERSONS OF:

Yalexi RUIZ, DOB: 07-22-1988, SSN: 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

the following described personal property: Methamphetamine and other schedule I narcotics. This search should also focus upon any items of drug paraphernalia utilized to distribute, sell, store, cut, weigh, measure, package, transport, conceal, or use said illegal substances. All records reflective of drug activity and concealment of proceeds from drug sales. Any journal(s), cellular phone(s) or address book(s) which may contain the identities of suppliers or buyers: as well as any bills or statements that may provide information as to financial status, and any guns, firearms, or weapons used to protect any said illegal substances. All currency or other valuables found that may be attributed to the sale of controlled substances shall also be seized.

and if you find the above described property or any part thereof you will seize the property and deliver it forthwith to me or any other court in which the offense in respect to which property or things taken is triable, or retain it in your custody subject to order of said court.

_____8/4/2016_____ , 20 ____    _____[signature]_____ Judge

_____Jefferson District Court_____ Court

Executed on this the __4__ day of __AUGUST__, 20 _16_, by Detective __D.L.E.__, of the __LMPD__, badge number __7577__, by searching said premises/vehicle/persons described herein and seizing the following:

| AOC-82-335<br><br>Commonwealth of Kentucky<br>Court of Justice<br><br>Ky. Const. 10; RCr 13.10 | <br><br>AFFIDAVIT FOR<br>SEARCH WARRANT | Case No. _____<br><br>Court: _____<br><br>County: JEFFERSON |
|---|---|---|

The affiant, ____LMPD Det. Daniel Evans____, a peace officer of

____Louisville Metro Police Department____,

being first duly sworn, states that he has and there is reasonable and probable grounds to believe and affiant does believe that there is now on the premises known and numbered as

# 5405 Minyard Drive
# Louisville, Jefferson County, Kentucky 40219



AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

a single family dwelling constructed of red brick and white trim, which is situated on the east side of Minyard drive south of Clay Avenue, Louisville, KY. The residence also has an attached garage that was constructed into an apartment and only has access through a rear door. The numbers "5405" are above the front door in black in horizontal fashion and are clearly visible on the front of the residence. The residence also has two unattached out buildings and a chicken coop inside the curtilage.

AND/OR IN A VEHICLE OR VEHICLES DESCRIBED AS:

AND/OR ON THE PERSON OR PERSONS OF:

Yalexi RUIZ, DOB: 07-22-1988, SSN: 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

AOC-82-335
Affidavit for Search Warrant
p.2

the following described personal property: Methamphetamine and other schedule I narcotics. This search should also focus upon any items of drug paraphernalia utilized to distribute, sell, store, cut, weigh, measure, package, transport, conceal, or use said illegal substances. All records reflective of drug activity and concealment of proceeds from drug sales. Any journal(s), cellular phone(s) or address book(s) which may contain the identities of suppliers or buyers: as well as any bills or statements that may provide information as to financial status, and any guns, firearms, or weapons used to protect any said illegal substances. All currency or other valuables found that may be attributed to the sale of controlled substances shall also be seized.

**AFFIANT STATES THAT THERE IS PROBABLE AND REASONABLE CAUSE TO BELIEVE AND AFFIANT DOES BELIEVE THAT SAID PROPERTY CONSTITUTES (CHECK APPROPRIATE BOX OR BOXES):**

☐ stolen or embezzled property;

☒ property or things used as the means of committing a crime;

☒ property of things in the possession of a person who intends to use it as a means of committing a crime;

☒ property or things in the possession of a person to whom it was delivered for the purpose of concealing it or preventing its discovery and which is intended to be used as a means of committing a crime;

☒ property or things consisting of evidence which tends to show that a crime has been committed or that a particular person has committed a crime.

Affiant has been an officer in the aforementioned agency for a period of 10 years and the information and observations continued herein were received and made in his capacity as an officer thereof.

On the __3__ day of ___August___, 2016 at approximately __1:00__ a.m.___ p.m._X__

**AFFIANT RECEIVED INFORMATION FROM/OBSERVED:**

- On August 3, 2016 Detectives with LMPD Major Case Narcotics Unit (MCU) and Louisville DEA (LDO) conducted a drug investigation where detectives/agents recovered a large amount of crystal methamphetamine and heroin. Upon the seizure of the drugs the target advised detectives/agents he had received the drugs on consignment from Yalexi RUIZ and owed him approximately $43,000 for the drugs that was to be returned to him by August 4, 2016.

- On August 4, 2016 detectives/agents utilized a cooperating defendant to payback the $43,000 debt which took place at the Sam's Club located at Preston Highway and Fern Valley Road. Upon paying the debt detectives/agents observed Yalexi RUIZ operating a silver Ford Pick Up truck bearing a KY temporary tag. Surveillance was maintained on RUIZ as he left the Sam's club as he told the cooperating

AOC-82-335
Affidavit for Search Warrant
p.3

defendant that he would have 4 kilograms of crystal methamphetamine available for him later in the day.

- On August 4, 2016 at approximately 2020 hours RUIZ notified cooperating defendant that he was at the location with the drugs and he would meet him in 30 minutes. At this time surveillance had been maintained of RUIZ at 5405 Minyard Drive Louisville, KY. At approximately 2040 hours RUIZ exited 5405 Minyard Drive operating the silver Ford Pick Up truck bearing KY temporary tag and began driving from Clay Ave north bound on Preston Highway where a traffic stop was conducted. Upon stop RUIZ gave officers consent to search the vehicle where K-9 handler Det. Billy Keltner and K-9 Jozie received a positive alert on the vehicle. Det. Keltner then recovered approximately 4 kilograms of crystal methamphetamine.

**ACTING ON THE INFORMATION RECEIVED, AFFIANT CONDUCTED THE FOLLOWING INDEPENDENT INVESTIGATION:**

-Detectives are familiar with 5405 Minyard Drive from a prior search warrant at that location and informant information that 5405 Minyard Drive is utilized as a stash location for large scale drug traffickers as in this case RUIZ utilizes the residence to stash large amounts of drugs and drug proceeds at a residence that has no ties to his name to elude detection from law enforcement.

-Affiant believes this address to be utilized by RUIZ as a stash location for narcotics and large sums of narcotics proceeds. Further, Affiant has reasonable and probable cause to believe that grounds exist for the issuance of a Search Warrant, based on the aforementioned facts, information and circumstances and prays that a Search Warrant be issued, that the property be seized, or any part thereof, and brought before any court and/or retained subject to order of said court.

_____
Detective

Subscribed and sworn before me on this the _____ day of ____8/4/2016____,

20____. ____10:52 pm__.m. ☐   p.m. ☐

_____
____Jefferson District Court____
Title