UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                                               CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                                                DEFENDANT

## ORDER

## ELECTRONICALLY FILED

Defendant Yalexi Ruiz having moved this Court to suppress evidence, the United States having objected thereto, and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion be DENIED.