UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                                                       CRIMINAL ACTION NO. 3:16-CR-93-DJH
                                                                                        ELECTRONICALLY FILED

YALEXI RUIZ                                                                                                        DEFENDANT

### RESPONSE TO MOTION IN LIMINE

Yalexi Ruiz ("Ruiz") has moved the court in limine (DN 39, Motion and Memorandum in Limine) to preclude the United States from introducing into evidence the fact that he refused to sign a DEA Self Sealing Evidence Envelope (SSEE) containing currency seized from him during the investigation of this case. The United States does not intend to introduce such evidence at the trial of this case. Therefore, the motion should be denied as moot.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

 s/Robert B. Bonar
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
Email:  robert.bonar@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Patrick J. Renn, counsel for Yalexi Ruiz.

                                      s/Robert B. Bonar
                                      Assistant U.S. Attorney