UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                             CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                     DEFENDANT

## **ORDER**

Defendant Yalexi Ruiz having moved this Court in limine to exclude from evidence in this case reference to the fact that Ruiz failed to sign a DEA Self Sealing Evidence Envelope ("SSEE"), the United States having responded that it does not intend to introduce such evidence, and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion be DENIED as moot.