UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:16-CR-93-DJH |
| YALEXI RUIZ | DEFENDANT |

## **ORDER**

This matter having come before the Court on the Motion of the Defendant to Revoke the Detention Order, the United States having responded thereto, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion of the Defendant to Revoke the Detention Order is **DENIED**.