UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                      CRIMINAL ACTION NO. 3:16-CR-93-DJH

YALEXI RUIZ                                                 DEFENDANT

## MOTION AND MEMORANDUM TO SUPPRESS EVIDENCE

*** *** *** *** *** *** ***

Comes the Defendant, **YALEXI RUIZ** (hereinafter "Ruiz"), by counsel, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, and respectfully moves the Court to suppress all evidence obtained, directly or indirectly, from an unlawful search of Ruiz's home. As grounds for this motion, Ruiz states as follows:

Ruiz and his wife share a residence located in Louisville, Kentucky. Following Ruiz's arrest, law enforcement officers made an unlawful search of Ruiz's residence. Only Ruiz's wife was home during the unlawful search. Law enforcement officers did not have a warrant to search the residence. Ruiz's wife did not give consent for the officers to search the residence. The law enforcement officers entered the residence with Ruiz's house key that had been taken from him following his arrest. Ruiz's wife was underdressed when the officers entered the residence, and had to ask permission to put clothes on. Following the unlawful entry into the residence, officers conducted a search, including taking photographs.

Accordingly, based on the unlawful search and seizure at his residence, Ruiz demands all evidence obtained, directly or indirectly, from the unlawful search be suppressed.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com