**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                                **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                             **DEFENDANT**

**ORDER**
**\*\*\* \*\*\* \*\*\* \*\*\* \*\*\***

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being

otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the all evidence obtained, directly or indirectly, from the

unlawful search of his residence located in Louisville, Jefferson County, Kentucky, be, and hereby

is **SUPPRESSED**.