UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                                      **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                                                **DEFENDANT**

**ORDER**
\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the all statements obtained, directly or indirectly, as a result of the unlawful interrogation of the Defendant be, and hereby is, **SUPPRESSED**.