UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                                                CRIMINAL ACTION NO. 3:16CR-93-DJH

YALEXI RUIZ                                                           DEFENDANT

<u>UNOPPOSED MOTION TO CONTINUE TRIAL</u>

*Electronically Filed*

Comes the United States of America, by counsel, Robert B. Bonar, Assistant United States Attorney for the Western District of Kentucky, and moves this honorable Court to reschedule the trial in the above-styled case which is currently set for January 31, 2017. As grounds for this motion, the United States submits the following:

The undersigned has discussed this motion with Patrick Renn, counsel of record for Yalexi Ruiz. Mr. Renn is in agreement with the United States and has no objection to the motion. There are currently complex pretrial motions pending before the Court in this case, some of which require an evidentiary hearing. The parties believe a continuance will allow the Court to conduct the hearing, consider post-hearing briefs and issue its rulings.

The parties believe that the ends of justice served by granting the continuance, allowing the Court time to issue its rulings and the parties additional time to conduct meaningful plea negotiations, outweigh the best interests of the public and the defendants in a speedy trial,

pursuant to 18 U.S.C. § 3161(h)(7)(A).  Further, this case has been declared complex, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) by previous order of this Court and, therefore removed from the time constraints of the Speedy Trial Act.  (DN 52).

        Respectfully submitted,

        JOHN E. KUHN, JR.
        United States Attorney

        s/ Robert B. Bonar
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        (502) 582-5911

CERTIFICATE OF SERVICE

      I hereby certify that on December 30, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

        s/ Robert B. Bonar
        Assistant United States Attorney