UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                         PLAINTIFF

vs.                                                           CRIMINAL ACTION NO. 3:16CR-93-DJH

YALEXI RUIZ                                                                      DEFENDANT

ORDER

*Electronically Filed*

On motion of the United States to continue the trial, the defendants having no objection thereto, and the Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the motion to continue the trial is granted.  The trial in this case is reassigned to the _____ day of _____, 2017, at _____ a.m./p.m.

The Court finds that the time between the filing of this motion and the reassigned trial date is excluded from the computations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A), in that the ends of justice served by granting the continuance, which will allow the Court time to issue its rulings and the parties additional time in which to conduct meaningful plea negotiations, outweigh the best interests of the public and the defendant in a speedy trial.

cc:     U.S. Attorney (RBB)
        Counsel of Record