UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                            Plaintiff,

v.                                              Criminal Action No. 3:16-cr-93-DJH

YALEXI RUIZ,                                                        Defendant.

* * * * *

## ORDER

Defendant Yalexi Ruiz has filed a motion asking the Court "to review and revoke the Magistrate Judge's Order detaining [him] prior to his trial." (D.N. 32, PageID # 88)  Pursuant to 18 U.S.C. § 3142(e), because Ruiz is charged with violating 21 U.S.C. § 841(a), there is a rebuttable presumption that there is "no condition or combination of conditions [that] will reasonably assure the defendant's appearance and the safety of the community." *United States v. Stines*, 178 F.3d 1297 (6th Cir. 1999).  At the detention hearing held on August 10, 2016, the Magistrate Judge found that Ruiz did not overcome the presumption that he was not a flight risk or danger to the community.  (D.N. 52, PageID # 166)  The Magistrate Judge reasoned that the defendant has strong ties to Cuba and an incentive to flee, and the nature of the charge indicates "access to or association with a significant structure or organization" that may be able to help him flee.  (*Id.*)

In his motion for review, Ruiz states that he "strongly disputes the 'conclusions' and 'inferences' of the Magistrate Judge," and requests "an evidentiary hearing so that he can present evidence to demonstrate the errors reached by the Magistrate Judge, and to present evidence to demonstrate that he is not a risk of flight or danger to the community."  (D.N. 32, PageID # 89)  However, Ruiz gives no hint as to what that evidence might be.

The Court reviews the Magistrate Judge's detention order *de novo*. *United States v. Bailey*, No. CR 5:15-03-KKC, 2015 WL 5304628, at *1 (E.D. Ky. Sept. 8, 2015). The Court has reviewed the transcript of Ruiz's detention hearing (D.N. 52), the Magistrate Judge's detention order (D.N. 10), and Ruiz's motion for review (D.N. 32). "The statute does not specifically require that this Court conduct an additional hearing," and because Ruiz has not provided any additional evidence to support his release, the Court finds that "a second detention hearing is not necessary." *Bailey*, 2015 WL 5304628, at *1 (citing *United States v. Gaviria,* 828 F.2d 667, 670 (11th Cir. 1987); *United States v. Watkins,* No. 13–02–KSF, 2013 WL 614252, at * 4 (E.D. Ky. Feb. 19, 2013); *United States v.* Jones, No. 12:CR–105, 2012 WL 6737784, at * 1, n.1 (D. Conn. Dec. 27, 2012); *United States v. Burks,* 141 F.Supp.2d 1283, 1285 (D. Kan. 2001); *United States v. Alonso,* 832 F.Supp. 503, 504 (D. P.R. 1993); *United States v. Bergner,* 800 F.Supp. 659, 661 (N.D. Ind. 1992)).

Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the defendant's motion to review his detention order (D.N. 32) is **DENIED**.