UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:16-cr-93-DJH

YALEXI RUIZ, Defendant.

\* \* \* \* \*

### ORDER

Defendant Yalexi Ruiz asks the Court "to preclude the Government and its agents from introducing evidence that he refused to sign the 'SSEE' which referenced the seizure of an undetermined amount of United States currency." (D.N. 39) In response, the United States provides that it does not intend to introduce this evidence at trial. (D.N. 49) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Defendant's motion in limine (D.N. 39) is **DENIED as moot**.