UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF


vs.                                                    CRIMINAL ACTION NO. 3:16CR-93-DJH


YALEXI RUIZ                                                    DEFENDANT


ORDER

*Electronically Filed*

The defendant having moved the court to suppress his statement, the United States having

objected thereto, and the court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that an evidentiary hearing is scheduled

for the _____ day of _____, 2017, at _____ a.m./p.m.


cc:     U.S. Attorney (RBB)
        Counsel of Record