UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                                         CRIMINAL ACTION NO. 3:16CR-93-DJH

YALEXI RUIZ                                                                          DEFENDANT

RESPONSE TO MOTION TO SUPPRESS EVIDENCE
*Electronically Filed*

Yalexi Ruiz has filed a motion seeking suppression of all evidence obtained during a search at his residence (DN 55).  As grounds for the motion, Ruiz claims that law enforcement officers unlawfully entered his home after they arrested him at a different location and without the consent of either Ruiz or his wife.  Although the motion raises the factual issue of whether the warrantless entry and search was proper, no hearing is necessary.  The United States does not intend to use any evidence obtained as a result.

Therefore, the United States respectfully requests that the motion be denied as moot.

Respectfully submitted,

JOHN E. KUHN, JR.
United State Attorney

s/ Robert B. Bonar
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ Robert B. Bonar
Assistant United States Attorney