UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:16CR-93-DJH |
| YALEXI RUIZ | DEFENDANT |

ORDER

*Electronically Filed*

The defendant having moved the court to suppress evidence, the United States having objected thereto, and the court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the motion be DENIED AS MOOT.

cc: U.S. Attorney (RBB)
Counsel of Record