UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:16-cr-93-DJH |
| YALEXI RUIZ, | Defendant. |

\* \* \* \* \*

## ORDER

Defendant Yalexi Ruiz has requested an evidentiary hearing on his motion to suppress evidence obtained from a traffic stop. (Docket No. 41) The United States agrees that "an evidentiary hearing is necessary." (D.N. 45, PageID # 124) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that a hearing on the defendant's motion to suppress (D.N. 41) is scheduled for **February 7, 2017, at 10:00am** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

January 6, 2017

**David J. Hale, Judge
United States District Court**