UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-93-DJH

YALEXI RUIZ,     Defendant.

\* \* \* \* \*

## ORDER

Defendant Yalexi Ruiz has moved to suppress statements he made to officers following his arrest. (D.N. 56) The United States agrees that the Court should hold an evidentiary hearing to consider the motion. (D.N. 61, PageID # 194) Therefore, the issue will be considered at the hearing already scheduled for February 7, 2017. (D.N. 63)

Ruiz also has requested an evidentiary hearing on his motion to suppress evidence obtained from a search executed at a residence located at 5405 Minyard Drive, Louisville, KY. (Docket No. 40) In addition, Ruiz moves the Court to suppress evidence obtained from a search of "Ruiz's home." (D.N. 55) This second motion states that "Ruiz and his wife share a residence located in Louisville, Kentucky," which was searched by law enforcement officers following his arrest. (*Id.*) However, because no address is provided, it is unclear to the Court which residential search is at issue in the second motion.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     A hearing on the defendant's motions to suppress his statements (D.N. 56) is scheduled for **February 7, 2017, at 10:00am** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

  (2) The parties shall have **five (5) days** to file statements with the Court clarifying the scope of the defendants' motion to suppress evidence obtained from a search of Ruiz's residence. (D.N. 55)

January 11, 2017

**David J. Hale, Judge**
**United States District Court**