UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-93-DJH

YALEXI RUIZ,     Defendant.

\* \* \* \* \*

### ORDER

Defendant Yalexi Ruiz has requested an evidentiary hearing on his motion to suppress evidence obtained from a search executed at a residence located on Minyard Drive in Louisville, KY. (Docket No. 40)  The search warrant for this address relied on evidence obtained from a traffic stop, which Ruiz has also moved to suppress and will be considered at an upcoming hearing.  (D.N. 63)  Therefore, the Court will consider the defendant's motion to suppress evidence from the search of this address at the same hearing.

Ruiz has also asked the Court to suppress all evidence obtained from a search of his personal residence, which is located on Yorktown Road in Louisville, KY.  (D.N. 55; D.N. 65)  Ruiz asserts that his personal residence was unlawfully searched following his arrest.  (D.N. 55)  In response, the United States provides that it does not intend to use any evidence obtained from the search of his personal residence.  (D.N. 62)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) A hearing on the defendant's motions to suppress (D.N. 40) is scheduled for **February 7, 2017, at 10:00am** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) The Defendant's motion to suppress (D.N. 55) is **DENIED as moot**.

January 13, 2017

David J. Hale, Judge
United States District Court