# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                                            **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                       **DEFENDANT**

# ORDER
*** *** *** *** ***

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Government be, and hereby is, precluded from eliciting lay witness testimony from an expert witness, namely, DEA Special Agent Brian Sanders.