

**FILED**
VANESSA L. ARMSTRONG, CLERK

FEB 0 7 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                         Civil Action No. 3:16-cr-93-DJH

YALEXI RUIZ,                                                 Defendant.

\* \* \* \* \*

## OATH FOR INTERPRETER

**I SOLEMNLY SWEAR** that I will justly, truly, fairly and impartially act as an interpreter in the case now before the Court. So help me God.

Roberto Hernandez
PRINT NAME

*[signature]*
SIGN NAME

Spanish
LANGUAGE

**SUBSCRIBED AND SWORN TO** before me this 7th day of February, 2017, at Louisville, Kentucky.

*Natalie Thompson*
DEPUTY CLERK

1