UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:16-cr-93-DJH

YALEXI RUIZ,　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

The Court conducted a hearing in this matter on February 7, 2017, with Defendant Yalexi Ruiz and the following counsel participating:

    For the United States:    Robert Bonar

    For Defendant Ruiz:    Patrick Renn

The Court heard testimony on Defendant Ruiz's motions to suppress. (Docket Nos. 40; 41; 56) A transcript of the hearing should be available by February 17, 2017. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that on or before **March 17, 2017**, the parties may each **SUBMIT** a supplemental brief addressing the arguments made at the hearing. There shall be no responses or replies.

February 8, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time: 05/25 (c)
Court Reporter: Dena Legg