UNITED STATES DISTRICT COURT
Western District of Kentucky
**EXHIBIT INVENTORY**

17 FEB 16 PM 2:19

CASE NUMBER: 3:16-CR-00093-DJH
STYLE OF CASE: USA v. Yalexi Ruiz

Received from: D. Legg   Received by: _for U.S.D.C. by D.C._   Date: 2-17-2017

PROCEEDINGS: Motion Hearing on February 7, 2017   _John Dudley_

Plaintiff's:                                Defendant's:
1 – DVD
2 – DVD
3 – DVD
4 – photo
5 – photo

DISPOSITION OF EXHIBITS:
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____

OTHER DISPOSITON: _____
DATE: _____ RETURNED BY: _____ Deputy Clerk