UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                              **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                               **DEFENDANT**

### MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEFS FOLLOWING THE EVIDENTIARY HEARING ON RUIZ'S MOTION TO SUPPRESS EVIDENCE

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Defendant, **YALEXI RUIZ** (hereinafter "Ruiz"), by counsel, and respectfully moves the Court for an enlargement of time to file briefs following the evidentiary hearing on Ruiz's motion to suppress evidence. As grounds for this motion, Ruiz's undersigned counsel states that due to his busy litigation schedule and other commitments, as well as the voluminous transcript from the evidentiary hearing, additional time is needed to address each of the significant issues raised during the evidentiary hearing. In addition, and equally important, is the fact that the parties continue to actively negotiate a resolution to the case which would make the filing of briefs by the parties moot and unnecessary.

Ruiz's undersigned counsel has discussed this matter with Assistant United States Attorney, Robert B. Bonar, and Mr. Bonar is in agreement with the matters contained in this motion and joins in the request for enlargement of time in which to file briefs.

Accordingly, for the foregoing reasons, Ruiz respectfully moves the Court for an enlargement of time to file briefs following the evidentiary hearing on his motion to suppress evidence.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 14, 2017, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com