UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**v.**                        **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                                                 **DEFENDANT**

**ORDER**
*** *** *** *** ***

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's Motion for Enlargement of Time to File Briefs Following the Evidentiary Hearing on his Motion to Suppress Evidence be, and hereby is, **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that the parties shall have up to and including _____, 2017 to file their briefs.