UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:16-CR-93-DJH |
| YALEXI RUIZ | DEFENDANT |

**ORDER**
*** *** *** *** ***

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's Motion for Enlargement of Time to File Briefs Following the Evidentiary Hearing on his Motion to Suppress Evidence be, and hereby is, **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that the parties shall have up to and including April 10, 2017 to file their briefs.

March 24, 2017

**David J. Hale, Judge**
**United States District Court**