**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**v.**                                           **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                             **DEFENDANT**

**MOTION TO CONTINUE JURY TRIAL**

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Defendant, **YALEXI RUIZ** (hereinafter "Ruiz"), by counsel, and respectfully moves the Court to continue his jury trial presently set to begin Monday, May 15, 2017 at 9:30 a.m. As grounds for this motion, Ruiz's undersigned counsel states his Motion to Suppress remains outstanding and needs to be briefed and ruled on by the Court before his case would be ready to proceed to trial.

The filing of this motion is not for the purpose of unfair delay or surprise and neither the United States, the public, nor Ruiz will be prejudiced by the Court granting this motion.

Any delay caused by the filing of this motion should be excluded under the Speedy Trail Act, 18 U.S.C. §3161 et seq.

                                         Respectfully Submitted,

                                         /s/ Patrick J. Renn
                                         Counsel for Defendant
                                         600 West Main Street, Suite 100
                                         Louisville, Kentucky 40202
                                         (502) 540-5700
                                         (502) 568-3600 (fax)
                                         prenn@600westmain.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2017, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

      /s/ Patrick J. Renn
      Counsel for Defendant
      600 West Main Street, Suite 100
      Louisville, Kentucky 40202
      (502) 540-5700
      (502) 568-3600
      prenn@600westmain.com