## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                              **CRIMINAL ACTION NO. 3:16-CR-93-DJH**

**YALEXI RUIZ**                                              **DEFENDANT**

### ORDER
*** *** *** *** ***

Upon Motion of the Defendant, **YALEXI RUIZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the jury trial in the above-styled case presently set to begin Monday, May 15, 2017 at 9:30 a.m. be, and hereby is, continued to the _____ day of _____, 201___ at _____ a.m./p.m.