UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                          Criminal Action No. 3:16-cr-93-DJH

YALEXI RUIZ,                                                                              Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The Court conducted a telephonic status conference in this matter on April 18, 2017, with the following counsel participating:

    For the United States:    Rob Bonar

    For Defendant Ruiz:    Patrick Renn

The Court and counsel discussed the procedural posture of the case, including the extended deadline of April 10, 2017 for submitting post-hearing briefs on the defendant's motions to suppress.  Counsel for the United States and Defendant Ruiz requested additional time and indicated that the defendant would file a motion to continue.  Court and counsel agreed to set a status conference on May 1, 2017.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that a status conference will be held on **May 1, 2017 at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

April 18, 2017

                                             **David J. Hale, Judge**
               &nbsv;                                **United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg

1