FILED
VANESSA L. ARMSTRONG, CLERK

MAY 0 1 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Civil Action No. 3:16-cr-093-DJH

YALEXI RUIZ,     Defendant.

\* \* \* \* \*

## OATH FOR INTERPRETER

**I SOLEMNLY SWEAR** that I will justly, truly, fairly and impartially act as an interpreter in the case now before the Court. So help me God.

<u>Christina Courtright</u>
PRINT NAME

*[signature]*
SIGN NAME

<u>Spanish</u>
LANGUAGE

**SUBSCRIBED AND SWORN TO** before me this 1st day of May, 2017, at Louisville, Kentucky.

*[signature: Natalie Thompson]*
DEPUTY CLERK

1