**FILED**
VANESSA L. ARMSTRONG, CLERK

MAY 31 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                      Plaintiff,

v.                                           Civil Action No. 3:16-cr-093-DJH

YALEXI RUIZ,                                                   Defendant.

* * * * *

## OATH FOR INTERPRETER

**I SOLEMNLY SWEAR** that I will justly, truly, fairly and impartially act as an interpreter in the case now before the Court. So help me God.

Joshua Elliott
PRINT NAME

*(signature)*
SIGN NAME

Spanish
LANGUAGE

**SUBSCRIBED AND SWORN TO** before me this 31st day of May, 2017, at Louisville, Kentucky.

*(signature: Natalie Thompson)*
DEPUTY CLERK

1