

**FILED**
VANESSA L. ARMSTRONG, CLERK

AUG 2 3 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                    Civil Action No. 3:16-cr-093-DJH

YALEXI RUIZ,

Defendant.

\* \* \* \* \*

## OATH FOR INTERPRETER

**I SOLEMNLY SWEAR** that I will justly, truly, fairly and impartially act as an interpreter in the case now before the Court.  So help me God.

Christina Courtright
PRINT NAME

CECourtright
SIGN NAME

Spanish
LANGUAGE

**SUBSCRIBED AND SWORN TO** before me this 23rd day of August, 2017, at Louisville, Kentucky.

Natalie Thompson
DEPUTY CLERK

1