

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**FILED**
VANESSA L. ARMSTRONG, CLERK

AUG 23 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                    Criminal Action No. 3:16-cr-093-DJH

YALEXI RUIZ,                                                    Defendant.

\*   \*   \*   \*   \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived

the right to appeal the sentence I just received from the Court.

August 23, 2017
Date

_____
Defendant's Signature