**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**                                                      **CRIMINAL NO. 3:16CR-00093-DJH**
*Electronically Filed*

**YALEXI RUIZ**                                                      **DEFENDANT**

## NOTICE OF ADMINISTRATIVE FORFEITURE

The United States hereby gives notice that the Drug Enforcement Administration, has administratively forfeited the following United States Currency on July 18, 2017, and is no longer applicable to the prosecution of the defendant:   United States Currency in the amount of $6,040.00.

Respectfully submitted,

JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

s/ Robert B. Bonar
Robert B. Bonar
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2017, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record

s/ Robert B. Bonar
Robert B. Bonar
Assistant United States Attorney